Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY TAYLOR<br><br>    Plaintiff<br><br> vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br><br>    Defendant(s). | CASE No.: 2:21-CV-08810-MAA<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-EIGHTEEN DOLLARS AND SIXTY-SEVEN CENTS ($1,018.67).

DATE: April 27, 2022

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

- 1